**94–1216.** Vom Baur v. Vom Baur. In Habeas Corpus. *Sua·sponte,* cause dismissed.
MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

# MOTION DOCKET

**93–2560.** Kenty v. TransAmerica Premier Ins. Co. *Franklin County,* No. 93AP–478. On motion for leave to file brief *amicus curiae* by Ohio Academy of Trial Lawyers. Motion granted.
WRIGHT, J., not participating.

**93–2582.** Connors v. Sterling Milk Co. *Henry County,* No. 7–93–12. On motion for leave to file brief *amicus curiae* by Ohio Psychological Association, and on motions for leave to file brief *amicus curiae* by Ohio AFL–CIO and Ohio Academy of Trial Lawyers. Motions granted.

**94–405.** Haynes v. Zoological Soc. of Cincinnati. *Hamilton County,* Nos. C–910598 and C–910635. On motion for leave to file brief *amicus curiae* by General Electric Company et al. Motion granted.
RESNICK, J., not participating.

**94–498.** State v. Burke. *Franklin County,* No. 90AP–1344. On motion for leave to file merit brief instanter. Motion granted.
MOYER, C.J., and F.E. SWEENEY, J., dissent.

**94–642.** Gen. Motors Corp. v. Tracy. Board of Tax Appeals, No. 92–K–146. On motion to consolidate case with 94–643, *Gen. Motors Corp. v. Tracy,* Board of Tax Appeals, No. 92–K–510, and 94–744, *Gen. Motors Corp. v. Tracy,* Board of Tax Appeals, No. 91–K–1558. Motion granted.

**94–703.** Arditi v. Gross. *Cuyahoga County,* No. 66840. On motion for leave to file memorandum in support of jurisdiction instanter. Motion denied.
A.W. SWEENEY, DOUGLAS and PFEIFER, JJ., dissent.

**94–822.** State v. Perkins. *Montgomery County,* No. 14192. On motion for leave to file delayed appeal. Motion denied.
DOUGLAS and PFEIFER, JJ., dissent.
On motion for leave to file memorandum opposing motion for delayed appeal instanter. Motion denied.
DOUGLAS and PFEIFER, JJ., dissent.
On motion to accept memorandum opposing motion for delayed appeal as memorandum opposing jurisdiction. Motion denied.
PFEIFER, J., dissents.

**94–947.** Guendelsberger v. Ng. *Hardin County,* No. 6–93–4. On motion for leave to file memorandum in support of jurisdiction instanter. Motion granted.
MOYER, C.J., WRIGHT and F.E. SWEENEY, JJ., dissent.

**94–964.** Stereo Warehouse, Inc. v. Brooks. *Noble County,* No. 216. On motion for admission *pro hac vice* for John L. Holm, Esq. Motion granted.

**94–988.** Ameritech Ohio v. Pub. Util. Comm. Public Utilities Commission, No. 93–1370–TP–ACE. On motion for leave to intervene by Time Warner AxS of Western Ohio, L.P. Motion granted.

**94–1031.** State v. Showalter. *Stark County,* No. CA–9349. On motion for leave to file delayed appeal. Motion granted.
WRIGHT and F.E. SWEENEY, JJ., dissent.

**94–1051.** State v. Ruiz. *Summit County,* No. 16063. On motion for leave to file memorandum in support of jurisdiction instanter. Motion denied.
MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.